FAYER GIPSON LLP
ELLIOT B. GIPSON (State Bar. No. 234020)
EGipson@fayergipson.com
STEVEN G. EDWARDS (State Bar No. 304165)
SEdwards@fayergipson.com
2029 Century Park East, Suite 3535
Los Angeles, California 90067
Telephone: 310.557.3558
Facsimile:  310.557.3589

Attorneys for Plaintiff
Jeffery R. Werner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JEFFERY R. WERNER, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>BARCROFT MEDIA, LTD, a United Kingdom Limited Company; VALNET INC., a Canadian corporation; and DOES 1-10, inclusive,<br><br>  Defendants. | CASE NO. 2:17-CV-02644<br><br>**NOTICE OF LODGING OF [PROPOSED] STATEMENT OF DECISION**<br><br>Judge:  Hon. John F. Walter<br><br>Action Filed: April 6, 2017<br><br>Hearing Date: September 18, 2017<br>Time:              1:30 p.m.<br>Courtroom:    350 W. 1st Street,<br>                        Courtroom 7A<br><br>Pretrial Conference Date: April 6, 2018, 10:00 a.m.<br>Trial Date:    April 24, 2018, 8:30 a.m. |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that Plaintiff Jeffery R. Werner ("Plaintiff" or "Werner") lodges herewith a copy of Plaintiff Jeffery R. Werner's [Proposed] Statement of Decision Denying Defendant Barcroft's Motion to Dismiss, attached as **Exhibit A** hereto, in support of Plaintiff's Opposition to Defendant Barcroft's Motion to Dismiss (Dkt. 32) filed in the above-captioned matter.

DATED: September 7, 2017

FAYER GIPSON LLP
ELLIOT B. GIPSON
STEVEN G. EDWARDS

By   /s/ STEVEN G. EDWARDS
    STEVEN G. EDWARDS
Attorneys for Plaintiff Jeffery R. Werner