# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No. **CV 17-02644-JFW (ASx)** | Date: November 2, 2017 |
| Title: Jeffery R. Werner -v- Barcroft Media, Ltd. et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):** ORDER TAKING UNDER SUBMISSION DEFENDANT BARCROFT MEDIA, LTD.'S MOTION TO DISMISS [filed 10/5/17; Docket No. 46]

Defendant Barcroft Media, Ltd.'s Motion to Dismiss the Second, Third, Fourth and Fifth causes of action in Plaintiff Jeffery R. Werner's First Amended Complaint is currently on calendar for November 6, 2017, at 1:30 p.m. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for November 6, 2017 is hereby vacated and the matter is taken off calendar. The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

IT IS SO ORDERED.