FAYER GIPSON LLP
ELLIOT B. GIPSON (State Bar. No. 234020)
STEVEN G. EDWARDS (State Bar No. 304165)
2029 Century Park East, Suite 3535
Los Angeles, California 90067
Telephone: 310.557.3558
Facsimile: 310.557.3589
*Attorneys for Plaintiff Jeffery R. Werner*

NOTE: CHANGES MADE BY THE COURT

MITCHELL SILBERBERG & KNUPP LLP
MARC E. MAYER (State Bar No. 190969)
NAOMI BECKMAN-STRAUS (State Bar No. 287804)
11377 W. Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: 310.312.2000
Facsimile: 310.312-3100
*Attorneys for Defendant Valnet, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JEFFERY R. WERNER, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BARCROFT MEDIA, LTD, a United Kingdom Limited Company; VALNET INC., a Canadian corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:17-CV-02644<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF DEFENDANT VALNET, INC.**<br><br>Judge: Hon. John F. Walter<br><br>Action Filed: April 6, 2017<br><br>Discovery Cut-Off: February 16, 2018<br>Pretrial Conference: April 6, 2018, 10:00 a.m.<br>Trial Date: April 24, 2018, 8:30 a.m. |

ORDER

# **ORDER**

Having reviewed the Joint Stipulation of Dismissal of Defendant Valnet, Inc. ("Valnet") submitted jointly by Plaintiff Jeffery R. Werner ("Werner"), and defendant Valnet, Inc., and pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure and for good cause appearing therefore, the Court hereby GRANTS the stipulation as follows:

1. All claims against Valnet are dismissed in their entirety with prejudice;
2. Werner and Valnet will each pay their own costs and attorney's fees with respect to the claims asserted against Valnet; and

**IT IS SO ORDERED.**

DATED: January 18, 2018       _____
                              Hon. John F. Walter
                              United States District Judge