SETTLEMENT AGREEMENT AND
RECEIPT, MUTUAL RELEASE AND DISCHARGE

**THIS AGREEMENT** is made

BETWEEN: **VALNET INC.**, a legal person duly constituted, having its head office at 1111 Dr Frederik Philips Suite 400, in the City and District of Montreal, Province of Quebec, H4M 2X6;

(hereinafter referred to as "**Valnet**")

AND: **BARCROFT MEDIA**, having its head office at Studio 14, Shoreditch Shables, 138 Kingsland Road, London E2 8DY, UK;

(hereinafter referred to as "**Barcroft Media**")

PREAMBLE

**WHEREAS** on or about November 11, 2015, Barcroft Media filed a DMCA Notice of Copyright infringement via YouTube's Copyright Claim system in relation to a video clip and images included in a video ("Extremely Big Body Parts On People". Video ID: topebwQmyfA) uploaded by Valnet for use on its YouTube Channel located at https://www.youtube.com/channel/UCdxi8d8qRsRyUi2ERYjYb-w ("TheRichest Channel") for which Barcroft Media was the copyright owner (of said clip and images).

**WHEREAS** in discussions related to the DMCA Notice the parties discovered a total of 40 images and 3 video clips identified as belonging to Barcroft Media on TheRichest Youtube Channel.

**WHEREAS** the Parties wish to settle all issues arising from, or alleged in, the Proceedings by way of the present Settlement Agreement;

**NOW, THEREFORE,** the Parties agree as follows:

1. **RETRACTION & LICENSE**

1.1   Barcroft Media agrees to immediately file a retraction with YouTube.com (after receipt of the first payment as noted below) in relation the DMCA Notice of Copyright infringement for the "Video".

1.2   Barcroft Media agrees to grant Valnet Inc a non exclusive license in perpetuity for use of all 40 images and 3 video clips in question on TheRichest Channel. As such, it shall not issue a DMCA Notice of Copyright Infringement, copyright notice or other claim related to said images and clips.

CONFIDENTIAL: ATTORNEYS' EYES ONLY                        VALNET000004

DEFENDANT BARCROFT'S MOTION FOR SUMMARY JUDGMENT EXHIBIT 1-1

2

## 2. SETTLEMENT AMOUNT

2.1 In full and final settlement and completion of the retraction and license, the Parties agree that Valnet will pay the amount of ▮▮▮▮▮▮▮▮ (the "**Settlement Amount**") to Barcroft Media pursuant to the following terms and conditions, which shall resolve all issues involving the Parties. The "Settlement Amount" shall be paid by Valnet as such:

    On November 20, 2015 Valnet shall pay Barcroft Media ▮▮▮▮▮▮▮▮ (first payment)

    On December 10, 2015 Valnet shall pay Barcroft Media ▮▮▮▮▮▮▮▮ second payment)

2.2 Valnet will make the payments to Barcroft Media by wire transfer (as provided by Barcroft Media).

2.3 In the event that Valnet is in default of any of its obligations pursuant to this Settlement Agreement, in particular, but without limitation, if Valnet is in default to pay the total Settlement Amount to Barcroft Media or to make any of the payments provided for in a timely manner, Barcroft Media shall have the right to reinstate the DMCA Notice and execute a Judgment against Valnet and/or to have the Judgment recognized, declared enforceable and executed in any jurisdiction against Valnet; such proceedings for the recognition, declaration of enforceability and execution of the Judgment in any jurisdiction shall not be opposed or contested by Valnet.

2.4 Barcroft Media understands and acknowledges that the present agreement is not to be considered an admission of liability of fault by any party. This agreement reflects an amicable resolution of a claim.

2.5 The parties hereto will maintain the confidentiality of, and will not use or disclose any of the terms of, this agreement (including its existence) or any other confidential information including but not limited to the payment amounts, payment terms, discussions, negotiations, etc. The parties acknowledge that disclosing such information shall cause irreparable harm. The present clause shall not apply to those parties in which Barcroft Media discussed the matter prior to signing the present agreement or applicable advisors (tax and/or legal).

2.6 Upon execution of the present Settlement Agreement, the Parties agree and acknowledge that the terms of this Settlement Agreement are reasonable and acceptable and agree to be bound by all the terms and conditions herein.

2.7 This Settlement Agreement and the terms and provisions herein shall be binding on and enure to the benefit of the predecessors, heirs, successors, and assigns of each of the Parties.

2.8 Valnet Inc undertakes that it will not publish Barcroft Media copyright materials in future without first negotiating payment and securing a signed license.

CONFIDENTIAL: ATTORNEYS' EYES ONLY    VALNET000005

**IN WITNESS WHEREOF,** the Parties have executed this Settlement Agreement:

Montreal, November 20, 2015         **VALNET INC.**

Per: _____ DAVID FELICISSIMO, G.C.

London, November 20, 2015          **BARCROFT MEDIA**

Per: Caspar Norman

CONFIDENTIAL: ATTORNEYS' EYES ONLY             VALNET000006

**DEFENDANT BARCROFT'S MOTION FOR SUMMARY JUDGMENT EXHIBIT 1-3**