## LICENSING AGREEMENT

This Licensing Agreement ("Agreement") is made by and between Barcroft Media ("Licensor") located at Studio 14, Shoreditch Stables, 138 Kingsland Road, London, E2 8DY and Valnet Inc. ("Licensee") located at 1111 Dr. Frederik-Philips, Suite 400, Montreal, Quebec H4M 2X6, Canada.

In consideration of the foregoing premises and agreements contained herein, and for other good and valuable consideration, the parties hereto agree to the following:

1. License Grant. Licensor grants to Licensee a non-exclusive, non-sub licensable, non-assignable right and license to use the entire library available at http://www.barcroftmedia.com, Youtube channel located here https://www.youtube.com/user/barcroftmedia , Barcroft.tv (Video and Images (s)) and all media published/produced under the Barcroft brand (collectively referred to as "Barcroft Library") in perpetuity for the purpose of publishing such on the Licensee's properties (YouTube Channels and Websites including mobile application(s)) under the terms of this Agreement. The Barcroft Library shall be limited to content that is available for world rights distribution only.

2. Consideration. In consideration for the use of the Barcroft Library Licensee shall pay to Licensor:

A monthly licensing fee of [REDACTED] for which Barcroft shall issue Licensee an invoice which shall be paid within 30 days of receipt.

3. Use. Licensee shall be provided a username and password for access to the Barcroft Library (when applicable).

When applicable, Licensee shall send Licensor (via email) links of videos/image it requires and in turn the Licensor shall send a downloadable link.

Licensor shall also send Licensee (via email) updates with links to their newly released exclusive videos as well as newly released photo shoots.

Licensor shall advise Licensee if any of the video/images requested are not included for world distribution rights and as such not licensed (as per the present agreement).

4. Intellectual Property Rights. Licensee acknowledges and agrees that all intellectual property rights, title and interest in and to the Barcroft Library shall be retained by Licensor, its affiliates and/or its licensees.

5. Term. The present agreement shall be for a period of one year renewable every year thereafter. Either party may terminate the agreement with a 60 day notice only after an initial 6 months has elapsed from the signing date of these presents.

6. Credit. In each and every use of any image or video from the Barcroft Library, Licensee shall include a credit in the form of a backlink in the description field and a credit for images on its websites.

7. Licensor Indemnification. Licensor represents and warrants that it has the full power and authority to grant the licenses to the Barcroft Library granted herein and indemnify, defend and hold Licensee, its parent, subsidiaries, affiliates and their respective officers, directors, employees, agents and representatives harmless from and against all damages, liabilities, costs, losses and expenses (including

Initials

*[signed] DF*

Licensee      Licensor

1

CONFIDENTIAL: ATTORNEYS' EYES ONLY                                       VALNET000001

**DEFENDANT BARCROFT'S MOTION FOR SUMMARY JUDGMENT EXHIBIT 2-1**

reasonable attorneys' fees) incurred through claims of third parties against the Licensee based on breach or alleged breach of its representations and warranties or any actual or alleged breach by Licensor of this Agreement.

8. <u>Licensee Indemnification</u>. Except as set forth on Paragraph 4 above, Licensee shall indemnify, defend and hold Licensor and its officers, directors, employees, agents and representatives harmless from and against all damages, liabilities, costs, losses and expenses (including reasonable attorneys' fees) arising out of or resulting from Licensee's use of any Barcroft Library and any actual or alleged breach by Licensee of this Agreement.

9. <u>Copyright Notices</u>. Licensor agrees that it will assist Licensee in an urgent manner should it receive any copyright claims, notifications or takedowns of any type (including through YouTube) from any and all its photographers, videographers or others issuing said notices. Licensor understands that time shall be of the essence.

10. <u>Miscellaneous</u>.

    (a)   <u>No Third Party Beneficiaries</u>. Licensee understands that the Barcroft Library is solely for Licensee's use. Licensee expressly agrees not to make the Barcroft Library available for use by any other third party in either print or electronic format without the express written consent of Licensor, which consent may be withheld for any reason or no reason at all.

    (b)   <u>Press Release</u>. The parties agree that they may publish/issue a press release/public announcement in relation to the sale in general terms. Any and all press releases must be approved by both parties in writing (email or other) before publication/release. No press release/public announcement may be made without the prior approval of both parties.

    (c)   <u>Severability</u>. If any provision hereof is held invalid or unenforceable by a court of competent jurisdiction, such invalidity shall not affect the validity or operation of any other provision and such invalid provision shall be deemed severed from the Agreement.

    (d)   <u>Governing Law; Jurisdiction</u>. This agreement is governed by the laws of the Province of Quebec and the laws of Canada applicable. The parties hereby consent to the exclusive jurisdiction and venue of courts in the District of Montreal, Province of Quebec, Canada in all disputes arising out of the present agreement.

    (e)   <u>Entire Agreement</u>. This Agreement constitutes the entire understanding between the parties relating to Licensors provision of and Licensee's use of the Barcroft Library. It shall not be modified or amended except in writing, signed by the parties hereto, and specifically referring to this Agreement.

*Signature Page Follows*

Initials

_____  _____
Licensee        Licensor

CONFIDENTIAL: ATTORNEYS' EYES ONLY    VALNET000002

**DEFENDANT BARCROFT'S MOTION FOR SUMMARY JUDGMENT EXHIBIT 2-2**

IN WITNESS WHEREOF, the parties have duly executed this Agreement by their authorized officers as of this __14__ day of __DECEMBER__, 2015.

| LICENSEE | LICENSOR |
|---|---|
| Per: *[signature]* | Per: *[signature]* |
| Name: DAVID FELICISSIMO | Name: Alex Morris |
| Title: GENERAL COUNSEL | Title: Creative Director |

CONFIDENTIAL: ATTORNEYS' EYES ONLY    VALNET000003

**DEFENDANT BARCROFT'S MOTION FOR SUMMARY JUDGMENT EXHIBIT 2-3**