FAYER GIPSON LLP
ELLIOT B. GIPSON (State Bar. No. 234020)
STEVEN G. EDWARDS (State Bar No. 304165)
2029 Century Park East, Suite 3535
Los Angeles, California 90067
Telephone: 310.557.3558
Facsimile: 310.557.3589
*Attorneys for Plaintiff Jeffery R. Werner*

SANDERS LAW, PLLC
CRAIG B. SANDERS (State Bar No. 284397)
JONATHAN M. CADER (*pro hac vice*)
JESSICA VANDEN BRINK (Cal. Bar No. 260548)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: 516.203.7600
Facsimile: 516.281.7601
*Attorneys for Defendant Barcroft Media, Ltd.*

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JEFFERY R. WERNER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BARCROFT MEDIA, LTD, a United Kingdom Limited Company; VALNET INC., a Canadian corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:17-CV-02644<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. John F. Walter<br><br>Action Filed: April 6, 2017<br><br>Discovery Cut-Off: February 16, 2018<br>Pretrial Conference: April 6, 2018, 10:00 a.m.<br>Trial Date: April 24, 2018, 8:30 a.m. |

## ORDER

Having reviewed the Joint Stipulation of Dismissal of Entire Action With Prejudice ("Stipulation") submitted jointly by Plaintiff Jeffery R. Werner ("Werner"), and Defendant Barcroft Media, Ltd. ("Barcroft"), and pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure and for good cause appearing therefore, the Court hereby GRANTS the stipulation as follows:

1. This Action is hereby dismissed in its entirety with prejudice; and
2. Each party will pay its own costs and attorneys fees incurred in this action.

**IT IS SO ORDERED.**

DATED: February 20, 2018         _____
                                  Hon. John F. Walter
                                  United States District Judge